UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Mia Perry                                              Docket No. 5:16-CR-159-3FL

### Petition for Action on Probation

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Mia Perry, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possession With Intent to Distribute a Quantity of Oxycodone and Hydrocodone, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on March 9, 2017, to a 36-month term probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was ordered to perform 100 hours of community service as directed by the probation office. Due to her work schedule and her responsibilities as a single parent, she has only performed three hours of community service. Therefore, it is recommended that Perry complete 30 days of location monitoring (curfew) in lieu of the 100 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                        I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller                             /s/ Timothy L. Gupton
Jeffrey L. Keller                                       Timothy L. Gupton
Supervising U.S. Probation Officer            U.S. Probation Officer
                                                             310 New Bern Avenue, Room 610
                                                              Raleigh, NC 27601-1441
                                                              Phone: 919-861-8686
                                                              Executed On: June 23, 2017

**Mia Perry**
**Docket No. 5:16-CR-159-3FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___23rd___ day of _____June_____, 2017, and ordered filed and made a part of the records in the above case.

_Louise W. Flanagan_
Louise W. Flanagan
U.S. District Judge